**K&L GATES**

March 13, 2023

Loly Garcia Tor
Partner
loly.tor@klgates.com

T +1 973 848 4026
F +1 973 848 4001

**Via ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Fennec Pharmaceuticals, Inc., et al. v. Cipla Limited, et al.*
Case No. 2:23-cv-00123-MCA-MAH

**Pro Hac Vice Applications**

Dear Judge Hammer:

On behalf of Defendants Cipla Limited and Cipla USA, Inc., in the above-referenced action, we write to respectfully request that the Court admit Anil H. Patel, Esq., Harold Storey, Esq., Jenna Bruce, Esq., and Adam S. Berlin, Esq., as counsel for Defendants in this action *pro hac vice*. Plaintiffs' counsel has consented to the *pro hac vice* admission of Attorneys Patel, Storey, Bruce, and Berlin. In support of this application, we enclose the following:

1. Certification of Anil H. Patel, Esq.;

2. Certification of Harold Storey, Esq.;

3. Certification of Jenna Bruce, Esq.;

4. Certification of Adam S. Berlin, Esq.;

5. Certification of Loly G. Tor in support of the *pro hac vice* admission of Attorneys Patel, Storey, Bruce, and Berlin; and

6. A proposed form of order granting the application to admit Attorneys Patel, Storey, Bruce, and Berlin *pro hac vice* in this action.

      Please do not hesitate to contact me with any questions.  We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Loly Garcia Tor*

Loly Garcia Tor