Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, New Jersey 07102
Phone: (973) 848-4026
loly.tor@klgates.com
*Defendants Cipla Limited and*
*Cipla USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FENNEC PHARMACEUTICALS, INC. and OREGON HEALTH AND SCIENCE UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>Defendants. | No. 2:23-cv-00123-MCA-MAH<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>**CERTIFICATION OF LOLY G. TOR IN SUPPORT OF THE ADMISSION *PRO HAC VICE* OF ANIL H. PATEL, HAROLD STOREY, JENNA BRUCE, AND ADAM S. BERLIN**<br><br><u>Document Filed Electronically</u> |

I, Loly G. Tor, an attorney duly admitted to practice law in the Courts of the State of New Jersey and the United States District Court for the District of New Jersey, declare and certify pursuant to Local Civil Rule 101.1(c) as follows:

1.  I am a partner with the law firm of K&L Gates LLP, counsel for Cipla Limited and Cipla USA, Inc. I submit this Certification in support of the application of Cipla Limited and Cipla USA, Inc. for an order admitting Anil H. Patel, Esq., Harold Storey, Esq., Jenna Bruce, Esq., and Adam S. Berlin, Esq., as counsel *pro hac vice* in the within matter pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

2.  Attorney Patel's accompanying certification sets forth his qualifications and demonstrates that he is a member in good standing of the bars of the following courts: United

States District Court for the Northern District of Georgia; State of Georgia; State of New York; and State of Texas.

3. Attorney Storey's accompanying certification sets forth his qualifications and demonstrates that he is a member in good standing of the bars of the following courts: United States Court of Appeals for the Federal Circuit; United States Court of Appeals for the Fourth Circuit; United States Court of Federal Claims; United States District Court for the Northern District of California; United States District Court for the Eastern District of California; United States District Court for the Southern District of California; State of California; State of Washington; and United States Patent and Trademark Office.

4. Attorney Bruce's accompanying certification sets forth her qualifications and demonstrates that she is a member in good standing of the bars of the following courts: State of Washington; United States Patent and Trademark Office.

5. Attorney Berlin's accompanying certification sets forth his qualifications and demonstrates that he is a member in good standing of the Bar of the following courts: State of Texas.

6. Counsel for all parties consent to *pro hac vice* admission of Attorneys Patel, Storey, Bruce, and Berlin in this litigation.

7. Attorneys Patel, Storey, Bruce, and Berlin understand that only counsel of record and an attorney admitted to practice before this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders and must accept service of all papers served.

8. Attorneys Patel, Storey, Bruce, and Berlin understand their respective obligations to make an annual payment to the New Jersey Lawyers' Fund for Client Protection, to make a one-

time payment of $150.00 to the Clerk of the United States District Court, to strictly adhere to the dates fixed for all proceedings in this action and to be bound by the Local Civil Rules, in particular the rules relating to Judicial Ethics and Professional Responsibility and Discipline of attorneys.

9. If the Court grants this request for *pro hac vice* admission, either I or another attorney associated with K&L Gates LLP that is admitted to practice before this Court will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 13, 2023                    By:     s/ Loly G. Tor
                                                  Loly G. Tor