Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, NJ 07928-1488
Tel.: (973) 824-9300

*Attorneys for Plaintiff Fennec Pharmaceuticals Inc.*

*Of Counsel*:
Nicholas Groombridge (*pro hac vice*)
Eric Alan Stone
Josephine Young (*pro hac vice*)
Daniel J. Klein (*pro hac vice*)
Naz E. Wehrli (*pro hac vice*)
Eliza P. Strong (*pro hac vice*)
GROOMBRIDGE, WU,
BAUGHMAN & STONE LLP
565 Fifth Avenue
Suite 2900
New York, New York 10017
Tel: (332) 269-0030

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FENNEC PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> CIPLA LIMITED and CIPLA USA, INC., <br><br> Defendants. | Case 2:23-cv-00123-JKS-MAH <br><br> Hon. Jamel K. Semper, U.S.D.J. <br> Hon. Michael A. Hammer, U.S.M.J. |

**JOINT STIPULATION AND ▇▇▇▇▇▇▇ ORDER REGARDING**
**SUPPLEMENT TO SCHEDULING ORDER**

WHEREAS, the Court entered the Scheduling Order (ECF 52) on July 5, 2023;

WHEREAS, Fennec moved for leave to file a Third Amended Complaint ("TAC") to, *inter alia,* add U.S. Patent No. 11,964,018 ("the '018 Patent") to this action (ECF 104);

WHEREAS, Defendants did not oppose Fennec's motion for leave to file the TAC (ECF 106);

WHEREAS, Plaintiffs and Defendants have agreed to certain deadlines to begin incorporating the '018 Patent into this action.

WHEREAS, no deadline set forth in the Scheduling Order (ECF 52) will be modified by this supplement;

WHEREAS all claim-construction deadlines are on hold by the Court's prior Order (ECF 97), pending resolution of Fennec's Motion to Amend the Joint Claim Construction and Prehearing Statement Pursuant to L. Pat. R. 3.7 (ECF 100);

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, to the following additional deadlines being added to the current schedule:

| Event | Deadline |
|---|---|
| Fennec's Third Amended Complaint Deemed Filed | July 31, 2024 |
| Cipla's Answer Due | August 5, 2024 |
| Fennec's Reply to Counterclaims Due | August 13, 2024 |
| Fennec's Disclosure of Asserted Claims for the '018 Patent | August 15, 2024 |
| Cipla's Invalidity and Non-Infringement Contentions for the '018 Patent | August 30, 2024 |
| Plaintiffs' Validity and Infringement Contentions for the '018 Patent | September 12, 2024 |

*It is further ORDERED that Fennec's motion for leave to file a Third Amended Complaint, D.E. 104, is granted.*

Dated: July 29, 2024

Stipulated and agreed to by:

**K&L GATES LLP**

/s/ Peter L. Giunta
Peter L. Giunta
Loly G. Tor
One Newark Center, 10th Floor
Newark, New Jersey 07102
Tel: (973) 848-4026

*Attorney for Defendants Cipla Limited and Cipla USA Inc.*

**MARINO, TORTORELLA & BOYLE, P.C.**

/s/ John D. Tortorella
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300

*Attorneys for Plaintiff
Fennec Pharmaceuticals Inc.*

2

## ORDER

The above extension is ORDERED GRANTED. The deadlines are extended in accordance with the Parties' stipulation above.

ORDER DATED: 7/30/24

Hon. Michael A. Hammer

**SO ORDERED**

_s/Michael A. Hammer_
Michael A. Hammer, U.S.M.J.

Date: 7/30/24